UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   23-01998 |
| | ) | |
| DANIELLE F. HAYES, | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR

This matter coming before the Court for a hearing on the motion of the U.S. Trustee for Rule 2004 Examination of the Debtor, notice of the Motion having been due and proper, the Court having jurisdiction over this core proceeding, the Court being otherwise fully advised in the premises, and good cause appearing;

IT IS ORDERED that:

1. The motion is granted as set forth herein.

2. The U.S. Trustee may request documents from the Debtor pursuant to Fed. R. Bankr. P. 2004.

3. The U.S. Trustee may conduct an examination of the Debtor pursuant to Fed. R. Bankr. P. 2004.

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  May 23, 2023

**Prepared by:**

M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054