UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-01998
)
DANIELLE F. HAYES, ) Chapter: 7
) Honorable Jacqueline P Cox
)
)
Debtor(s) )

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE UNDER 727 AND EXTEND TIME TO DISMISS**

This matter coming before the Court for a hearing on the Motion of the United States Trustee to Extend Time to File Objection to Discharge Under 727 and Extend Time to Dismiss, notice of the Motion having been due and proper, the Court having jurisdiction over this core proceeding, the Court being otherwise fully advised in the premises, and good cause appearing;

IT IS HEREBY ORDERED that:

1. The motion is granted as set forth herein.

2. That the last day for the U.S. Trustee to file a complaint objecting to Debtor's discharge is extended to and including August 24, 2023.

3. That the last day for the U.S. Trustee to file a motion to dismiss under 11 U.S.C. § 707 is extended to and including August 24, 2023.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: May 23, 2023

**Prepared by:**

M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054